## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **RICKY FREDERICK ET AL** | **CIVIL ACTION NO. 2:22-CV-01350** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ALLSTATE VEHICLE & PROPERTY INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

### JUDGMENT OF DISMISSAL

Considering the foregoing,

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs of court in this litigation.

**THUS DONE AND SIGNED** in Chambers this 28th day of February, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE